# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## BECKLEY DIVISION

RICHARD WARD,

          Petitioner,

v.                                     CIVIL ACTION NO. 5:08-cv-00902

STATE OF WEST VIRGINIA,

          Respondent.

## MEMORANDUM OPINION

Pending before the Court is Plaintiff's Petition to Quash Arrest Warrant [Docket 1]. By Standing Order entered on July 7, 2008, and filed in this case on August 1, 2006, this action was referred to United States Magistrate Judge R. Clarke VanDervort for submission of proposed findings and a recommendation (PF&R). Magistrate Judge VanDervort filed his PF&R [Docket 4] on February 27, 2009, recommending that this Court dismiss Plaintiff's Petition to Quash Arrest Warrant and remove this matter from the Court's docket.

The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). In addition, failure to file timely objections constitutes a waiver of *de novo* review and Plaintiff's right to appeal this Court's Order. *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984). Here, objections to Magistrate Judge VanDervort's PF&R were

due by March 16, 2009, pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). To date, no objections have been filed.

Accordingly, the Court **ADOPTS** the PF&R [Docket 4] in its entirety, **DISMISSES** Plaintiff's Petition to Quash Arrest Warrant [Docket 1], and **REMOVES** this matter from the Court's docket. A separate Judgment Order will enter this day implementing the rulings contained herein.

**IT IS SO ORDERED.**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: April 7, 2009

_____
THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE